USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __1/21/2020__

*Via Electronic Filing*
The Honorable Magistrate Judge Stewart D. Aaron
U.S. District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *Reid v. Thesy, LLC*
            Case No.: 19-cv-09827

Application GRANTED. Defendant's time to respond to the Complaint is extended to February 20, 2020. The Initial Conference scheduled for February 5, 2020 is adjourned until Wednesday, February 26, 2020 at 2:00 p.m. in Courtroom 11C. SO ORDERED.
Dated: January 21, 2020

Dear Honorable Magistrate Judge Aaron:

      This law firm is counsel Defendant Thesy, LLC (the "**Defendant**") in the above-referenced action.

      Pursuant to Rules I(A) and (D) of Your Honor's Individual Motion Practices, this letter respectfully serves as a request to extend the deadline of Defendant's time to answer, move or otherwise respond to the Complaint through and including February 20, 2020. This is the first request of its kind. This request would not affect any other scheduled dates. This request is made on consent of Plaintiff's counsel.

      This letter also respectfully serves as a request to adjourn the Initial Pretrial Conference currently scheduled for Wednesday, February 5, 2020 at 11:00 a.m. to a date and time set by Your Honor after February 20, 2020. This request is also made on consent of Plaintiff's counsel.

      The basis for the request is that the parties are interested in exploring a potential resolution of this matter without further judicial intervention. Moreover, Defendant requires a brief extension to review and analyze the allegations in Plaintiff's Complaint, speak with pertinent witnesses, review relevant documents, and determine an appropriate response.

      Thank you for your attention to the foregoing.

      Respectfully submitted,

      LEVIN-EPSTEIN & ASSOCIATES, P.C.

      By:  */s/ Jason Mizrahi*
            Jason Mizrahi
            420 Lexington Ave., Suite 2525
            New York, NY 10170
            Tel.: (212) 792-0048
            Email: Jason@levinepstein.com
            *Attorneys for Defendant*

To:    All Counsel of Record (via ECF)